# UNITED STATES BANKRUPTCY COURT
# Western District of Texas
# Midland Division

Bankruptcy Case No.: 25−70204−smr

Chapter No.: 13

Judge: Shad M Robinson

IN RE: **Manuel Antonio Munoz**, Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*11 −* Schedules, Statements, and Summary filed by Alvaro Martinez Jr. for Debtor Manuel Antonio Munoz. −Declaration for Electronic Filing due by 01/20/2026 (Martinez, Alvaro)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **February 9, 2026**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 1/26/26

Robert J. Lawson
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]

United States Bankruptcy Court
Western District of Texas

| | |
|---|---|
| In re: | Case No. 25-70204-smr |
| Manuel Antonio Munoz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-7 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 26, 2026 | Form ID: 234 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Manuel Antonio Munoz, 3805 S Gail Ave, Monahans, TX 79756-7907 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alvaro Martinez, Jr. | on behalf of Debtor Manuel Antonio Munoz alvaro+1@alvaromartinez.com giselle@alvaromartinez.com;AlvaroMartinezLawFirm@jubileebk.net;jo@alvaromartinez.com;office@alvaromartinez.com;alvaro@alvaromartinez.com |
| Gary Norwood | norwoodg@midlandch13.com |
| Karalyssa C Casillas | on behalf of Creditor Ward County karalyssa.casillas@lgbs.com  karalyssa.casillas@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor Freedom Mortgage Corporation toni.townsend@mccalla.com  mccallaecf@ecf.courtdrive.com |
| United States Trustee - MD12 | USTPRegion07.AU.ECF@usdoj.gov |

TOTAL: 5